**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1321**

FELICIA A. UNDERDUE,

    Plaintiff - Appellant,

  v.

WELLS FARGO BANK, N.A.,

    Defendant - Appellee,

  and

ILA N. PATEL; KENDRA BROWN; SUSAN LYBRAND,

    Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:14-cv-00183-RJC)

Submitted: July 24, 2018       Decided:  September 13, 2018

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Felicia A. Underdue, Appellant Pro Se.  Sarah Johnson Douglas, Keith Michael Weddington, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina,

for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia A. Underdue seeks to appeal the district court's order granting her motion for an extension of time in which to file a third amended complaint, denying her motion for appointment of counsel, and denying her motion to remand the case to the Equal Employment Opportunity Commission. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Underdue seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*